Luis MEDINA–GONZALEZ, Petitioner,

v.

John ASHCROFT,* Attorney General, Respondent.

No. 00–70283.

INS No. A92 097 961.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2001.**

Decided March 6, 2001.

Before GOODWIN, GRABER, and PAEZ, Circuit Judges.

---

* John Ashcroft is substituted for his predecessor, Janet Reno, as Attorney General. Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

MEMORANDUM ***

Luis Medina–Gonzalez petitions for review of the final order of the Board of Immigration Appeals denying his appeal and finding him removable by reason of having been convicted of an "aggravated felony," pursuant to 8 U.S.C. § 1227(a)(2)(A)(iii). For the reasons stated in our published opinion in *Park v. INS*, 252 F.3d 1018 (9th Cir.2001), we find that Petitioner's offense is an "aggravated felony" and that we therefore lack jurisdiction to review his petition.

PETITION DISMISSED.

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

